# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

NOV 2 9 2007

U.S. DISTRICT COURT
WHEELING, WV 26003

Pension Benefit Guaranty Corporation

    **Plaintiff(s),**

    v.      **Select Civ or Crim:**    **NO:** 5:02-CV-161

Boury, Inc.

    **Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Marc S. Pfeuffer, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: November 27, 2007

_____
United States District Judge